**Opinion issued October 10, 2013 Withdraw; Appeal Reinstated and Order filed October 15, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00509-CV

———————

## ENZO INVESTMENTS, LP, Appellant

## V.

## CHARLES WHITE, Appellee

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2009-08290

## ORDER

On October 15, 2013, this Court issued an opinion dismissing appellant Enzo Investments, LP's appeal for failure to pay the appellate filing fee. Charles White's cross-appeal was not dismissed.

On October 10, 2013, appellant, Enzo Investments, LP, filed a motion to reinstate the appeal because it had paid the fee.

The motion is granted.  Our opinion of October 10, 2013, is withdrawn.  The appeal is reinstated.  The reporter's record is due 30 days from the date of this order.

PER CURIAM